B&N File # 15351.7MW

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY (Newark)

| | |
|---|---|
| RYAN GOTTLIEB, *on behalf of himself and those similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>JH PORTFOLIO DEBT EQUITIES, LLC;<br>JH PORTFOLIO DEBT EQUITIES 2, LLC;<br>JH PORTFOLIO DEBT EQUITIES 4, LLC;<br>JH REVIVER LLC;<br>JH MET ASSET ENTITY SUBSIDIARY B, LLC;<br>JHCG HOLDINGS LLC;<br>JH CAPITAL GROUP HOLDINGS LLC;<br>JACOBSEN CREDIT HOLDINGS LLC;<br>DOUGLAS JACOBSEN;<br>JH MET SUBSIDIARY B LIQUIDATING TRUST; and JOHN DOES 1 to 10,<br><br>Defendants. | Civil Action No.<br><br>**NOTICE OF REMOVAL** |

**TO THE CLERK OF THE COURT:**

   **PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. Section 1441, et seq. Defendants JH Met Subsidiary B Liquidating Trust (hereinafter "Trust"), JH Portfolio Debt Equities, LLC ("JH"), JH Portfolio Debt Equities 2, LLC ("JH2"), JH Portfolio Debt Equities 4, LLC ("JH4"), JH Reviver LLC ("JHR"), JH Met Asset Entity Subsidiary B, LLC ("JH Sub B")[1], JHCG Holdings LLC ("JHCG Holdings"), JH Capital Group Holdings LLC ("JH Cap. Grp. Holdings"), Jacobsen Credit Holdings LLC ("JC Holdings"), and Douglas Jacobsen ("Jacobsen") (JH, JH2, JH4, JHR,

---

[1] As of December 27, 2021, JH Met Asset Entity Subsidiary B, LLC ("JH Sub B") is a cancelled Delaware LLC. To the extent JH Sub B is a proper party defendant and that it has been properly served, and in the event that it cannot consent to or join this removal on its own, JH Portfolio Debt Equities, LLC, as the manager of the sole member of JH Sub B, authorizes JH Sub B's consent to and joinder in this removal.

JH Sub B, JHCG Holdings, JH Cap. Grp. Holdings, JC Holdings, and Jacobsen are collectively referred to as "the JH Defendants." Trust and the JH Defendants are collectively referred to as "Defendants") by and through their undersigned counsel, hereby removes this civil action from the Superior Court of New Jersey, Law Division: Hudson County, to the United States District Court for the District of New Jersey.

## I. PROCEEDINGS TO DATE

On or about January 28, 2022, plaintiff, Ryan Gottlieb, filed a Complaint in the civil action captioned *Ryan Gottlieb, on behalf of himself and those similarly situated v. JH Portfolio Debt Equities, LLC; JH Portfolio Debt Equities 2, LLC; JH Portfolio Debt Equities 4, LLC; JH Reviver LLC; JH Met Asset Entity Subsidiary B, LLC; JHCG Holdings LLC; JH Capital Group Holdings LLC; Jacobsen Credit Holdings LLC; Douglas Jacobsen; JH Met Subsidiary B Liquidating Trust; and John Does 1 To 10*, Docket No. HUD-L-000382-22, in the Superior Court of New Jersey, Hudson County, Law Division. Defendant Trust was served with the Complaint (hereinafter "the State Court Action") on February 2, 2022. The JH Defendants were served with the Summons and Complaint on February 4, 2022.

The Complaint alleges violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 ("FDCPA") and the New Jersey Consumer Fraud Act, N.J.S.A. 17:11C et seq ("NJCFA") and plaintiff seeks statutory and actual damages as well as attorney fees and other relief. Copies of all pleadings and other papers plaintiff previously filed with the Hudson County Court are annexed hereto as Exhibit "A", as required by 28 U.S. C. Section 1446.

## II. GROUNDS FOR REMOVAL

Plaintiff brought this action for alleged violations by Defendants of the Fair Debt Collection Practices Act, Section 1692 *et seq.*, of Title 15 of the United States Code (See "Complaint"). As such, this is a claim over which the District Court has jurisdiction based on a federal question pursuant to 28 U.S.C. § 1331; thus, same is removable to the District Court of for the District of New Jersey under 28 U.S.C. § 1441.

Furthermore, this Court should take supplemental jurisdiction over the state law claims asserted by Plaintiff because those state law claims form part of the same case or controversy as Plaintiff's FDCPA claim. 28 U.S.C. § 1367(a). Each claim relates to the Defendants' alleged actions in attempting to collect a debt from him (See Exhibit A). Thus, Plaintiff's state law claims in this case are "so related to claims in the action within [this Court's] original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution" and fall squarely within this Court's supplemental jurisdiction. 28 U.S.C. § 1367(a). This Court should exercise supplemental jurisdiction over Plaintiff's state law claims to avoid unnecessary duplication of efforts and to conserve judicial resources.

## III. VENUE

Plaintiff's action is pending in Superior Court of New Jersey, Hudson County, Law Division, which is within this judicial district and division. 28 U.S.C. Section 112(c). The United States District Court for the District of New Jersey is the District Court and Division within which Defendants may remove this action, pursuant to 28 U.S. C. Section 1446(a).

## IV. TIMELINESS

This Notice of Removal is timely filed. Defendant Trust was served with a copy of the Summons and Complaint on February 2, 2022 and JH Portfolio Defendants were served on February 4, 2022. This notice of Removal complies with 28 U.S.C. Section 1446(b).

## V. NOTICE

Pursuant to 28 U.S.C. Section 1446(b), Defendant Trust is simultaneously filing a copy of this Notice of Removal with the Superior Court of New Jersey, Hudson County, Law Division. Plaintiff's counsel is also being served with a copy of this Notice of Removal.

## VI. CONCLUSION

For the foregoing reasons, Defendant Trust and the JH Defendants respectfully request that this action, previously pending in the Superior Court of New Jersey, Hudson County, Law Division be removed to this Court, and that this Court proceed as if this case had been originally initiated in this Court.

Dated:  February 25, 2022     By:

Respectfully submitted,
**BARRON & NEWBURGER, P.C.**
_____s/Mitchell L. Williamson__
Mitchell L. Williamson, Esq.
458 Elizabeth Ave - Suite 5371
Somerset, N.J. 08873
Phone: (732) 328-9480
mwilliamson@bn-lawyers.com
**Attorneys for Defendant,**
**JH Met Subsidiary B Liquidating Trust**

Dated:  February 25, 2022     By:

**MAURICE WUTSCHER, LLP**
__s/Thomas R. Dominczyk__
Thomas R. Dominczyk, Esq.
5 Walter E. Foran Blvd, Suite 2007
Flemington, N.J. 08822
Phone: (908) 237-4550
tdominczyk@maricewutscher.com
**Attorneys for the JH Defendants**